IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELO REYES and | : | |
| NEW GRAND, LLC | : | CIVIL ACTION NO.: |
|     Plaintiffs, | : | 3:10 CV 01507 (VLB) |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| NAUTILUS INSURANCE COMPANY | : | |
|     Defendant. | : | NOVEMBER 23, 2010 |

## MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, Robert Fishman, Trustee for G & F Associates (hereinafter "Fishman") hereby moves to intervene into this action. Fishman holds a mortgage on the property known as 83 Lombard Street, New Haven, Connecticut, a property owned by the Plaintiff and insured by the Defendant ("the property"). On July 30, 2009, the property was substantially damaged by a fire. The instant case is a suit by the owner of the property seeking to collect the benefits of an insurance policy issued by the Defendant.

The mortgage held by Fishman has not been paid. When the Fishman mortgage was issued, the Plaintiff signed a mortgage deed promising to protect Fishman's interest as a mortgagee on any insurance policy protecting the Property. The Defendant has taken the position that Fishman was not named as the mortgagee on the policy at the time of the fire and therefore is not entitled to the benefits afforded to a mortgagee under the policy. Fishman seeks to intervene into this action to enforce its

*ORAL ARGUMENT REQUESTED*

legal and equitable rights to the proceeds of the insurance policy covering the property at the time of the fire.

Federal Rule of Civil Procedure 24 (A) states:

"On timely motion, the court must permit anyone to intervene who:

(1) is given an unconditional right to intervene by a federal statute; or

(2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest."

This action will decide whether the Plaintiff is entitled to the proceeds of the policy covering the Property at 83 Lombard Street, New Haven, Connecticut. Fishman claims an interest in those proceeds if they are to be paid. Furthermore, Fishman has other legal and equitable rights to be treated as a mortgagee under the terms of the Defendant's insurance policy which may be affected by the proceedings. In particular, the Defendant has filed a counterclaim requesting declaratory relief. Any declaration of the Defendant's obligations arising from the fire of July 30, 2009 must necessarily include a determination of Fishman's rights.

Furthermore, under Rule 24 (1)(B), Fishman is entitled to permissive intervention into this action. Rule 24(1)(B) states:

"(1) In General.

On timely motion, the court may permit anyone to intervene who:

**(B)** has a claim or defense that shares with the main action a common question of law or fact."

The Plaintiff's action involves questions of law or fact which are common to the legal and factual issues giving rise to Fishman's claim to the insurance proceeds. Accordingly, even should the Court find that Fishman does not have a right to intervene pursuant to Rule 24 (A), it is respectfully submitted that the court should permit Fishman to intervene pursuant to Rule 24 (B).

Accordingly, Robert Fishman, Trustee for G&F Associates, respectfully requests that the Court grant permission to intervene as a party to this matter.

Respectfully Submitted,

**THE INTERVENING PLAINTIFF,**

**BY: /s/ Stuart G. Blackburn CT00686**
**Law Offices of Stuart G. Blackburn**
**P.O. Box 608, 2 Concorde Way**
**Windsor Locks, CT 06096-0608**
**Phone: (860) 292-1116**
**Fax:    (860) 292-1221**
**sgblackburn@sbcglobal.net**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| **ANGELO REYES** and | : | |
| **NEW GRAND, LLC** | : | **CIVIL ACTION NO.:** |
|     **Plaintiffs,** | : | 3:10 CV 01507 (VLB) |
| | : | |
| **vs.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **NAUTILUS INSURANCE COMPANY** | : | |
|     **Defendant.** | : | **NOVEMBER 23, 2010** |

**I hereby certify that on November 23, 2010, a copy of the foregoing Motion to Intervene was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.**

                                              BY: /s/ Stuart G. Blackburn
                                                    Stuart G. Blackburn, Esq.ct00686
                                                    Law Offices of Stuart G. Blackburn
                                                    Two Concorde Way
                                                    P.O. Box 608
                                                    Windsor Locks, CT 06096
                                                    Tel. (860) 292-1116
                                                    Fax (860) 292-1221
                                                    sgblackburn@sbcglobal.net